585 A.2d 382

NEW JERSEY STATE AFL–CIO v. BERGEN COUNTY BOARD OF CHOSEN FREEHOLDERS AND SOMERSET COUNTY BOARD OF CHOSEN FREEHOLDERS AND BURLINGTON COUNTY BOARD OF CHOSEN FREEHOLDERS AND HUNTERDON COUNTY BOARD OF CHOSEN FREEHOLDERS AND BOROUGH OF ROSELAND.

September 24, 1990.

Petition for certification granted.

585 A.2d 383

NEW JERSEY STATE AFL–CIO v. BERGEN COUNTY BOARD OF CHOSEN FREEHOLDERS AND SOMERSET COUNTY BOARD OF CHOSEN FREEHOLDERS AND BURLINGTON COUNTY BOARD OF CHOSEN FREEHOLDERS AND HUNTERDON COUNTY BOARD OF CHOSEN FREEHOLDERS AND BOROUGH OF ROSELAND.

September 24, 1990.

Petition for certification granted.

585 A.2d 383

BOGART CONSULTANTS, INC. v. DOUBLE J.A. INVESTMENTS, INC.

DOUBLE J.A. INVESTMENTS, INC. v. E. ROGER CARUSO.

JOSEPH PORCELLI v. BOGART CONSULTANTS, INC.

October 2, 1990.

Petition for certification denied.